Walter J. BENN, Jr., Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2008–3357.

United States Court of Appeals,
Federal Circuit.

Jan. 5, 2009.

### ORDER

Petitioner having paid the docketing fee and filed the required Statement Concerning Discrimination.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's December 15, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before January 26, 2008.

LUCENT TECHNOLOGIES, INC.,
Plaintiff/Counterclaim Defendant–Cross Appellant,

and

Multimedia Patent Trust,
Plaintiff/Counterclaim
Defendant,

and

v.

MICROSOFT CORPORATION,
Defendant/Counterclaimant–
Appellant.

Nos. 2008–1531, 2008–1553,
2008–1565, 2008–1552.

United States Court of Appeals,
Federal Circuit.

Jan. 5, 2009.

ON MOTION

### ORDER

Lucent Technologies, Inc., Alcatel–Lucent, and Microsoft Corporation move jointly to voluntarily dismiss the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) All sides shall bear their own costs.